UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV 22-01120-JVS(DFMx)                          Date   January 11, 2023

Title   Fit Body Boot Camp, Inc. v. Derek Scott, et al

Present: The
Honorable          **James V. Selna, US District Court Judge**

|  Elsa Vargas  |  Not Present  |
|---|---|
|  Deputy Clerk  |  Court Reporter  |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers)          ORDER TO SHOW CAUSE RE DISMISSAL
FOR LACK OF PROSECUTION

The Court, on its own motion, hereby ORDERS plaintiff(s) to Show Cause (OSC) in writing no later than **February 3, 2023**  why this action should not be dismissed for lack of prosecution. As an alternative to a written response, the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

**X**      **Joint Rule 26(f) Report** with the Court's Attached Exhibit A

It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant.  All stipulations affecting the progress of the case must be approved by the Court.  Local Rule 7-1.

**Scheduling Conference set for January 17, 2023 is continued to February 13, 2023 at 10:30 a.m.**
.

|  |  : | 0 |
|---|---|---|
| Initials of Preparer | eva |  |