JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIT BODY BOOT CAMP, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEREK SCOTT, an individual; ASHLEY SCOTT, an individual; DNA FIT LLC, a California Limited Liability Company d/b/a DNA Fit – Huntington Beach; and DOES 1 through 20, Inclusive, <br><br> Defendants. | CASE NO. 8:22 – cv- 01120 JVS (DFMx) <br><br> **Assigned For All Purposes To:** <br> **Judge: James V. Selna** <br> **Magistrate: Douglas F. McCormick** <br><br> **ORDER GRANTING JOINT STIPULATION OF DISMISSAL [47]** |

- 1 -

BERGER
♦
HARRISON

1  Based upon the parties' Joint Stipulation of Dismissal of Case and for
2  **GOOD CAUSE APPEARING THEREORE, IT IS ORDERED** that the
3  above-captioned matter is hereby **DISMISSED WITHOUT PREJUDICE**.

Dated: January 23, 2023

By: _____
Hon. James V. Selna
U.S.District Judge